"1 of 19"

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Devin Motthew M-17551 )
_____Plaintiff_____ )
 )  SCANNED AT STATEVILLE CC and E-mailed
 )  06/26/20 by me  19 pages
 )   date    initials  No.
vs. )
 ) Case No. _____
 )
1) Officer Page )
2) Officer Tarter )
3) Officer Hamilton )
4) John Doe )
5) Jane Doe ___Defendant(s) )

COMPLAINT

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other
_____

Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, Devin Motthew But goes by (Skylar Motthey), and states as follows:

My current address is: Statesville C.C. P.o box 112, Joliet IL 60434

The defendant Officer Page, is employed as correctional officer at Pontiac correctional center

The defendant Officer Tarter, is employed as correctional officer at Pontiac correctional center

The defendant <u>Officer Hamilton</u> is employed as <u>correctional officer</u> at <u>Pontiac correctional center</u>

The defendant <u>Officer John Doe</u> is employed as <u>correctional officer</u> at <u>Pontiac correctional center</u>

The defendant <u>Officer Jane Doe</u> is employed as <u>correctional officer</u> at <u>Pontiac correctional center</u>

(revised 9/96)

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
Yes ☐   No ☒

C. If your answer to B is yes, how many? <u>none</u>  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____ N/A _____

2. Court (if federal court, give name of district; if state court, give name of county)

"3 of 19"

3. Docket Number/Judge   N/A

4. Basic claim made   N/A

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)   N/A

6. Approximate date of filing of lawsuit   N/A

7. Approximate date of disposition   N/A

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☑   No ☐   If your answer is no, explain why not

C. Is the grievance process completed?   Yes ☑   No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

4 of 9

## STATEMENT OF CLAIM

Place of the occurrence **Pontiac Correctional Center**
Date of the occurrence **3/24/19, 5/23/19, 7/16/19**
Witnesses to the occurrence _____

State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

1) On ~~March~~ March 24th 2019 I was in my cell in a protective custody gallery. C/O Page came to my door and asked me if I wanted a shower. I told C/O Page ~~that~~ yes I do want a shower but please make sure that Diego Melendez, Jose Jiminez, and any other MLDs or LKs were locked in their cell because I had been being threatened by them with threats that included them beating me and raping me. I also told C/O Page that I signed into protective custody because the MLDs & LKs wanted to do whatever it took to hurt me. C/O Page told me that he didn't come to work to babysit inmates and why am I (plaintiff) afraid to get raped and dont you like dick in you because you are a transgender.

C/O Page then left my door. Several minutes went by and my cell door was left open by C/O Page. Inmate Diego Melendez came into my cell slapped me around, choked me, then forced me to perform perform oral sex on him. Inmate Diego Melendez then told me that the C/O isnt on the gallery and if I went to live I better go give Jose Jiminez some head. I was forced to go down to Jose Jimenez door to perform oral sex on him by Diego Melendez. C/O Page had left the showers unlocked. Diego Melendez forced me to go to the shower and perform oral sex on him again. When he finished he left my shower and locked me in the B shower. Diego Melendez told me that if I said anything, that C/O Page would let them know and he (Diego Melendez) and Jose Jiminez would kill me.

(2) On 4/15/19 I told Internal Affairs Officer Tarter and Internal Affairs Officer Hamilton everything.



about the incident on 3/24/19. I asked them both to please give me a "keep seperate from" for Diego Melendez, Jose Jiminez, and C/O Page. I was told by both Officers that I'm already in protective custody, I should learn how to fight, I should stop walking around like a fag, and that I'm not a girl so man up. I began crying and begging both Officers to please keep me safe from the three previously mentioned people and for them to follow the IDOC and PREA rules and to keep me away from them. Officer Hamilton ~~telelpoe~~ said oh now you want to follow rules and have other people follow rules you should've thought about that before I broke the law and came to prison. I told both Officers that Diego Melendez and Jose Jiminez were going to kill me. I also think C/O Page is going to hurt me too. Officer Hamilton and Officer Tarter told me oh well

3) On 5/23/19 C/O John Doe opened my door to let me out of my cell for a call pass.

7ofq

I asked Officer John Doe if inmates Diego Melendez and Jose Jiminez were going to be on a call pass with me because they're going to try and kill me for me reporting them raping me. Officer John Doe told me he doesn't want to hear that shit he's just our gallery C/O not IA so I better fuck or fight if I run into these inmates. He let me out of my cell and onto the flag area to walk to my call pass. I walked down to the cage on 5 gallery flag and I asked Jane Doe in the cage if Diego Melendez and Jose Jiminez were going to be on this call pass with me because they're going to kill me. Jane Doe laughed and said I heard about you getting raped if you do run into them you better kill them if you want to live if not then let them rape you again and scream. I walked down to 3 gallery flag and I was attacked by inmate Diego Melendez. In that process I was slammed and punched repeatedly. I screamed for C/O's to help me for several minutes until some inmates came and helped

me.

3) On 7/16/19 I was on crisis watch and put in an extremely filthy cell along with a filthy mattress that had fresh blood on it from someone else. I yelled for the C/O's to let them know. CO Page then came to my cell and handcuffed me. CO Page gave me another mattress and told me I recommended this cell for you and I hope you enjoy this mattress burn you snitch ass faggot. I also hope you enjoyed that ass whooping from Melendez and I hope you learn how to fight real quick. He exited the cell and uncuffed me. I went to lay on the mattress and I immediately began burning all over my body. I then realized it was mace all over my mattress. I called for the C/O's and each C/O told me that I'd have to burn until showers at night time.

Each defendant acted under the color of the state law. I'm suing each defendant in their official and unofficial capacity

9 of 19

These correctional officers violated my 8th amendment constitutional rights to be free from cruel and unusual punishment, deliberate indifference, to my safety, and failure to protect

# RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I want $500,000 in compensatory damages $60,000 from each defendent in punitive damages. I also want injunctive relief that places more cameras in Pontiac C.C and that C/O's must work in pairs to prevent misuse of powers.

JURY DEMAND    Yes ✓    No ☐

Signed this 28 day of March 19 2020.

*( Signature of Plaintiff)*

| Name of Plaintiff: Devin Mottley | Inmate Identification Number: M-17551 |
|---|---|
| Address: Statesville C.C P.O box 112, Joliet, IL 60434 | Telephone Number: |