**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| SKYLAR MOTTLEY, | ) | Honorable Colin S. Bruce |
| | ) | |
| Plaintiff, | ) | Case No. 20 CV 1247 |
| | ) | |
| v. | ) | |
| | ) | |
| CORRECTIONAL OFFICER NICHOLAS PAGE, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S AGREED MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE**

Plaintiff, Skylar Mottley, by her attorney, Arlo Walsman of the Arlo Law Office, hereby moves this Honorable Court to enter an Order continuing the final pretrial conference in this matter from February 5, 2024 at 10:30 a.m. to February 16, 2024 at 10:30 a.m.

1. This case is currently set for a final pretrial conference on February 5, 2024 at 10:30 a.m.

2. Plaintiff's counsel has an unforeseen scheduling conflict and will be unable to attend the final pretrial conference because he must be present at an arbitration on February 5, 2024 that will last from approximately 8:30 a.m. to 2:00 p.m.

3. On January 30, 2024, Plaintiff's counsel sent Defendant's counsel a draff of the final pretrial order, an exhibit list, a witness list, and Plaintiff's proposed jury instructions.

4. The parties are working to finalize the final pretrial order, exhibit list, witness list, and jury instructions.

5. Defendant's attorney is an agreement with continuing the final pretrial conference. Both parties are available for the final pretrial conference on February 16, 2024 at 10:30 a.m.

WHEREFORE, for all the foregoing reasons, Plaintiff respectfully asks this Honorable Court to enter an order resetting the final pretrial conference to February 16, 2024 at 10:30 a.m., along with any other relief deemed fair and just.

        Respectfully submitted,

        By: /s/ ARLO WALSMAN

Arlo Law Office
Attorney for Plaintiff
161 North Clark Street, Suite 2500
Chicago, Illinois 60601
(312) 313-0035
arlo@arlolawoffice.com
Attorney No. 6321684

## CERTIFICATE OF SERVICE

I, Arlo Walsman, an attorney, hereby certify that I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will electronically send such notice to:

    Marriam Daniel
    Attorney for Defendants
    Illinois Attorney General's Office
    100 W. Randolph St., 13th Floor
    Chicago, IL 60601
    Marriam.Daniel@ilag.gov

        By: /s/ ARLO WALSMAN

2