IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Skylar Mottley, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case no. 20-cv-1247 |
| ) | |
| v. ) | |
| ) | Honorable Colin S. Bruce |
| Nicholas Page, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

Plaintiff, Skylar Mottley, by her attorney, Arlo Walsman and the Defendants, Douglas Hamilton, Nicholas Page, and Kevin Tarter, by their attorney, Kwame Raoul, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice.  The Plaintiff and the Defendants agree as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.
2. Each party shall bear their own attorney's fees, costs, and expenses.
3. The Court retains jurisdiction to enforce the terms of this settlement and adjudicate any liens.

Dated: August 6, 2024

AGREED:

 /s/ ARLO WALSMAN            /s/ JACOB FERGUSON      
Arlo Walsman                                    Jacob Ferguson
Arlo Law Office                                 Assistant Attorney General
Counsel for Plaintiff                           Attorney for Defendants
161 N. Clark St., Suite 2500                    1776 E Washington St.
Chicago, IL 60601                               Urbana, IL 61802
(312) 313-0035                                  (217) 278-3330

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to those registered.

/s/ Jacob Ferguson